**IN THE COURT OF APPEALS OF TENNESSEE, WESTERN SECTION
AT JACKSON**

_____

|  |  |  |
|---|---|---|
| **MARGARET SCHINDLER HAAS,** | ) | Shelby County Circuit Court |
|  | ) | No. 141090-IV R.D. |
| Plaintiff/Appellant. | ) |  |
|  | ) |  |
| VS. | ) | C. A. NO. 02A01-9604-CV-00073 |
|  | ) |  |
| **MICHAEL LEE HAAS,** | ) |  |
|  | ) |  |
| Defendant/Appellee. | ) |  |
|  | ) |  |

_____

**O R D E R**

_____

The appellant has filed a petition for rehearing stating that this Court's opinion failed to address the request in her brief that she be awarded attorney's fees incurred on appeal. After due consideration, the appellant's request for an award of attorney's fees occurred on appeal is denied.


_____

FARMER, J.


_____

CRAWFORD, P.J., W.S.


_____

LILLARD, J.